UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FELIX CONFORME

    v.                                              CA 13-443 ML

WILLIAM GALLIGAN

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on June 24, 2013. No response has been filed by Plaintiff. Rather than adopt the Report and Recommendation, this Court makes the following orders:

If Plaintiff wishes to pursue this matter, he must, on or before August 26, 2013:

1. Sign, date, and re-file his application to proceed without prepayment of fees;

2. Attach a certified copy of his prison trust account statement for the 6-month period immediately preceding the filing of this action; and

3. File an amended complaint that more fully describes the actions he alleges entitle him to relief in this action.

Failure to make the above-listed filings will result in dismissal of this action.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
Chief United States District Judge
July 29, 2013